IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TELEWIZJA POLSAT, S.A., a Polish corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 06CV2775 |
| vs. | ) ) ) | Judge Ruben Castillo |
| AURAGAN, LLC, d/b/a Advection.com, a Delaware limited liability company; POLSKA WIZJA, LLC, an Illinois limited liability company; MICHAEL KONARSKI, an individual; and CEZARY LESNIEWSKI, an individual, | ) ) ) ) ) ) ) ) | Magistrate Ian H. Levin |
| Defendants. | ) | |

## MOTION FOR ENTRY OF AGREED JUDGMENT ORDER

Plaintiff, Telewizja Polsat S.A. ("Polsat"), by its attorneys, Phillip J. Zisook, Jeffrey E. Schiller, and Leon E. Farbman of Deutsch, Levy & Engel, Chartered, and Defendants, Polska Wizja, LLC, Michael Konarski and Cezary Lesniewski, by their attorneys, E. Leonard Rubin and John W. Moynihan of Reed Smith Sachnoff & Weaver, Ltd., respectfully request that this Court enter Judgment in this matter in favor of Plaintiff Polsat and against Defendants pursuant to the attached Agreed Judgment Order. In support of the Motion, the parties represent that they have settled this matter and resolved all claims between the parties, and that entry of Judgment as provided for in the attached Agreed Judgment Order is in fact agreed to by the parties and fully resolves this matter.

Wherefore, the parties respectfully request that the Court enter Judgment in favor of Plaintiff Telewizja Polsat S.A. and against Defendants Polska Wizja, LLC, Michael Konarski and Cezary Lesniewski, and that the Court further enter Judgment in favor of Plaintiff Telewizja

Polsat S.A. and against Defendants Polska Wizja, LLC, Michael Konarski and Cezary Lesniewski in the amount of $1 million, jointly and severally, inclusive of costs and attorneys' fees.

Respectfully submitted,

| TELEWIZJA POLSAT, S.A., | POLSKA WIZJA, LLC, MICHAEL KONARSKI and CEZARY LESNIEWSKI |
|---|---|
| By: _____ <br> One of its Attorneys <br> Phillip J. Zisook <br> Jeffrey E. Schiller <br> Leon E. Farbman <br> Deutsch, Levy & Engel, Chartered <br> 225 West Washington Street, Ste 1700 <br> Chicago, Illinois 60606 <br> (312) 346-1460 | By: _____ <br> One of their Attorneys <br> E. Leonard Rubin <br> John W. Moynihan <br> ReedSmith Sachnoff & Weaver, Ltd. <br> 10 S. Wacker Drive <br> 40th Floor <br> Chicago, IL 60606 <br> (312) 207-1000 |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TELEWIZJA POLSAT, S.A., a Polish corporation,<br><br>                   Plaintiff,<br><br>vs.<br><br>AURAGAN, LLC, d/b/a Advection.com, a Delaware limited liability company; POLSKA WIZJA, LLC, an Illinois limited liability company; MICHAEL KONARSKI, an individual; and CEZARY LESNIEWSKI, an individual,<br><br>                   Defendants. | Case No. 06CV2775<br><br>Judge Ruben Castillo<br><br>Magistrate Ian H. Levin |

## **AGREED JUDGMENT ORDER**

THIS MATTER coming to be heard on the Joint Motion of Plaintiff, Telewizja Polsat S.A. ("Polsat") and Defendants Polska Wizja, LLC, Michael Konarski and Cezary Lesniewski, for the entry of Judgment in favor of Plaintiff Polsat, and against all Defendants, Polska Wizja, LLC, Michael Konarski and Cezary Lesniewski, the parties having informed the Court that they have reached an agreement as to all matters in dispute, and that the parties have agreed to the entry of Judgment in favor of Polsat and against Polska Wizja, LLC, Michael Konarski and Cezary Lesniewski, as follows:

     1.     Judgment is entered on behalf of Plaintiff Telewizja Polsat S.A. and against Defendants Polska Wizja, LLC, Michael Konarski and Cezary Lesniewski on Count I (Copyright Infringement), Count III (Lanham Act), Count IV (Illinois Consumer Fraud and Deceptive Trade Practices), Count V (Illinois Uniform Deceptive Trade Practices Act), and Count VI (Conversion).

-245090.1

2. Judgment is entered in favor of Plaintiff Telewizja Polsat S.A. and against Defendants Polska Wizja, LLC, Michael Konarski and Cezary Lesniewski, jointly and severally, in the amount of $1 million, inclusive of costs and attorneys' fees.

ENTERED:

_____, 2007

_____
JUDGE

*Ordered prepared by:*
Phillip J. Zisook
Jeffrey E. Schiller
Leon E. Farbman
Deutsch, Levy & Engel, Chartered
225 West Washington Street, Ste. 1700
Chicago, Illinois 60606
(312) 346-1460